CAWTHON v. BUFORD.   (No. 5949.)

(Court of Civil Appeals of Texas. Austin. June 29, 1918.)

Appeal from Bell County Court; J. B. Hubbard, Special Judge.

Action between Fred Cawthon and M. F. Buford. From a judgment for the latter, the former appeals. Affirmed.

Ware & Countess, of Belton, for appellant. Frank Burford, of Belton, for appellee.

RICE, J. After a careful examination of the record in this case, together with the briefs of counsel for the respective parties, we have come to the conclusion that no reversible error is shown, and the cause should therefore be affirmed; and it is so ordered.

Affirmed.